AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ramirez, Irma C. | 2. Court or Organization<br><br>U.S. District Court - NDTX | 3. Date of Report<br><br>05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>United States District Court<br>1100 Commerce St., Room 1567<br>Dallas, Texas 75242 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/11-4/11 | Southern Methodist University Dedman School of Law, Teaching Fee | $1,100.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-employed barber |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One | Loan/Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amegy Bank (Accounts) | A | Interest | | | Closed | 12/13/11 | J | A | N/A |
| 2. | | | | | | | | | |
| 3. Allstate Life (IRA Annuity) | A | Div. & int. | J | T | | | | | |
| 4. ---Putnam VT Investments | | | | | | | | | |
| 5. -----VT Growth & Income | | | | | | | | | |
| 6. -----VT Investors | | | | | | | | | |
| 7. -----VT Voyager | | | | | | | | | |
| 8. -----VT Equity Inc. | | | | | | | | | |
| 9. -----VT Multi-Cap Growth fund | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. Parcel 1 (Hobbs, NM) | | None | J | S | | | | | |
| 12. Parcel 2 (Hobbs, NM) | | None | J | S | | | | | |
| 13. Parcel 3 (Hobbs, NM) | | None | J | S | | | | | |
| 14. Parcel 4 (Hobbs, NM) | | None | J | S | | | | | |
| 15. | | | | | | | | | |
| 16. Tony & Adam's Hair Design, Inc. | | None | J | W | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hartford Life (variable life policy) | A | div. & int. | K | T | | | | | |
| 19. -----PVT George Putnam | | | | | | | | | |
| 20. -----AMR Growth-Income | | | | | | | | | |
| 21. -----PVT Voyager | | | | | | | | | |
| 22. -----PVT Int'l Equity | | | | | | | | | |
| 23. -----HLS Midcap | | | | | | | | | |
| 24. -----AMR Growth | | | | | | | | | |
| 25. -----AMR Global Small Cap | | | | | | | | | |
| 26. -----PVT Multi-Cap Growth | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. Comerica Bank (Accounts) | | None | J | T | | | | | |
| 29. | | | | | | | | | |
| 30. LPL Financial IRA | A | Int./Div. | M | T | | | | | |
| 31. -----Lord Abbett Mid Cap Value Fund Cl A (LAVLX) | | | | | | | | | |
| 32. -----Lord Abbett Mid Cap Value Fund Cl B (LMCBX) | | | | | | | | | |
| 33. -----Growth Fund of America Class A (AGTHX) | | | | | | | | | |
| 34. -----Growth Fund of America Cl B (AGRBX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -----Hartford Midcap Fund Cl B (HAMBX) | | | | | | | | | |
| 36. -----Investment Co. of America Cl A (AIVSX) | | | | | | | | | |
| 37. -----Investment Co. of America Cl B (AICBX) | | | | | | | | | |
| 38. -----Putnam International Equity Fund Cl A (POVSX) | | | | | | | | | |
| 39. -----Putnam International Equity Fund Cl B (POVBX) | | | | | | | | | |
| 40. -----Putnam Voyager Fund Cl A (PVOYX) | | | | | | | | | |
| 41. -----Putnam Voyager Fund Cl B (PVOBX) | | | | | | | | | |
| 42. -----Van Kampen Comstock Fund Cl A (ACSTX) | | | | | | | | | |
| 43. -----Van Kampen Comstock Fund Cl B (ACSWX) | | | | | | | | | |
| 44. -----Van Kampen Small Cap Growth Fund Cl A (VASCX) | | | | | | | | | |
| 45. -----Van Kampen Small Cap Growth Fund Cl B (VBSCX) | | | | | | | | | |
| 46. -----Lord Abbett Affiliated Fd Cl A (LAFFX) | | | | | | | | | |
| 47. -----Lord Abbett Affiliated Fd Cl B (LAFBX) | | | | | | | | | |
| 48. -----Capital World Grth & Incm Cl B (CWGBX) | | | | | | | | | |
| 49. -----Federated Market Oppty Fd Cl B (FMBBX) | | | | | | | | | |
| 50. -----Capital Income Builder Fund Cl B (CIBBX) | | | | | | | | | |
| 51. -----Van Kampen Capital Growth Fund Cl A (ACPAX) | | | | | Merged (with line 58) | 05/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -----Van Kampen Capital Growth Fund Cl B (ACPBX) | | | | | Merged (with line 59) | 05/23/11 | J | | |
| 53. -----Hartford Mut. FDS Inc Cap Apprc Fd Cl C (HCACX) | | | | | | | | | |
| 54. -----ING Global Equit Dividend & Premium Opp Fund IG | | | | | | | | | |
| 55. -----Federated Equity Funds Prudent Bear Fund Cl C (PBRCX) | | | | | | | | | |
| 56. -----Hartford Mut FDS Midcap Fd Cl C (HMDCX) | | | | | | | | | |
| 57. -----Oppenheimer DVLP Mrkts Fd Cl C (ODVCX) | | | | | | | | | |
| 58. -----AIM Counselor SER Trust Invesco Van Kampen Am. (VAFAX) | | | | | Open | 05/23/11 | J | | |
| 59. -----AIM Counselor SER Trust Invesco Van Kampen Am. (VAFBX) | | | | | Open | 05/23/11 | J | | |
| 60. -----Hartford Mut FDS Inc. Midcap Fund Cl A (HFMCX) | | | | | Buy | 11/23/11 | J | | |
| 61. -----Oppenheimer Senior Floating Rate Fund Cl C (OOSCX) | | | | | Buy | 02/09/11 | J | | |
| 62. | | | | | | | | | |
| 63. Texas Federal Credit Union (accounts) (X) | A | Interest | J | T | | | | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 3: The Allstate Life (IRA Annuity) no longer has Putnam VT New Opportunities listed because the name changed to Putnam VT Multi-Cap Growth Fund on 9/1/10.

Lines 11-14: The 2011 assessed value for each parcel is approximately $840.

Line 18: The Harford Life (variable life policy) no longer has Putnam VT New Opportunities listed because the name changed to Putnam VT Multi-Cap Growth Fund on 9/1/10.

Line 55: A typographical error in the stock symbol has been corrected. The incorrect symbol "PBRCS" has been corrected to "PBRCX".

Line 58: This fund (VAFAX) was acquired as a result of the merger and exchange with the fund in line 51 (ACPAX).

Line 59: This fund (VAFBX) was acquired as a result of the merger and exchange with the fund in line 52 (ACPBX).

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Irma C. Ramirez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544